# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ridgway, Michael E. | 2. Court or Organization  United States Bankruptcy Court | 3. Date of Report  05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination      Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
United States Courthouse
300 South Fourth Street, Suite 7W
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | University of St. Thomas Law School, Adjunct Professor, Bankruptcy | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ridgway, Michael E. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ridgway, Michael E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Ins. - Adjustable Comp. Life | A | Dividend | K | T | | | | | |
| 2. Northwestern Mutual Life Ins. - Extraordinary Life | A | Dividend | K | T | | | | | |
| 3. Northwestern Mutual IRA (H) | | | | | | | | | |
| 4. -- Select Bond (Mason Street Advisors) | A | Distribution | J | T | | | | | |
| 5. -- Equity Income (Mason Street Advisors/T Rowe Price) (X) | A | Distribution | J | T | | | | | |
| 6. -- Focused Appreciation (Mason Street Advisors/Loomis Sayles) (X) | A | Distribution | J | T | | | | | |
| 7. Wells Fargo Bank, N.A. - Checking Account | | None | J | T | | | | | |
| 8. Brokerage # 1 (Merrill Lynch) (H) | | | | | | | | | |
| 9. -- FIA Card Services, N.A. (Bank of America) | A | Interest | J | T | | | | | |
| 10. -- Keeley Small Cap Value Fund CL A (KSCVX) (Y) | | | | | | | | | |
| 11. -- Oppenheimer Developimg Markets FD CL Y (ODVYX) | A | Dividend | J | T | | | | | |
| 12. -- Putnam Investors FD CL Y (PNVYX) | A | Dividend | J | T | Sold (part) | 08/10/17 | J | B | |
| 13. -- Thornburg LTD Term Inc. FD CL 1 (THIIX) | A | Dividend | J | T | | | | | |
| 14. -- Neuberger Berman Equity, Inc. Fund (NBHIX) | A | Dividend | J | T | | | | | |
| 15. -- Hennessy Focus Fund (HFCIX) | A | Distribution | J | T | Sold (part) | 08/10/17 | J | A | |
| 16. -- First Eagle Global Fund, Class I (SGIIX) | A | Dividend | J | T | Sold (part) | 08/10/17 | J | A | |
| 17. -- Goldman Sachs Rising (GSRLX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ridgway, Michael E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Invesco European Small (ESMYX) | A | Dividend | J | T | | | | | |
| 19. Brokerage # 2 (IRA) (Merrill Lynch) (H) | | | | | | | | | |
| 20. -- FIA Card Services NA, RASP (Bank of America) | A | Interest | J | T | | | | | |
| 21. -- FidelityADV DIV INTL 1 (FDVIX) | A | Dividend | K | T | | | | | |
| 22. -- John Hancock Classic Value Fund CL 1 (JCVIX) (Y) | | | | | | | | | |
| 23. -- Principal Preferred Securites Fund CL P (PPSPX) | B | Dividend | | | Merged (with line 24) | 06/27/17 | K | A | |
| 24. -- Principal Preferred Securities Fund (PPSIX) (X) | B | Dividend | K | T | Sold (part) | 08/10/17 | J | A | |
| 25. -- Principal Global Diversified, Inc. Fund (PGDPX) | B | Dividend | | | Merged (with line 26) | 06/27/17 | K | A | |
| 26. -- Principal Global Diversified Income Fund (PGDIX) (X) | B | Dividend | K | T | | | | | |
| 27. -- RS Global Natural Resources Fund CL Y (RSNYX) (Y) | | | | | | | | | |
| 28. --SunAmerica Senior Floating Rate Fund CL A (SASFX) (Y) | | | | | | | | | |
| 29. --Thornburg LTD Term Inc. FD CL 1 (THIIX) | A | Dividend | K | T | | | | | |
| 30. -- Eaton Vance Atlanta Capital - SMID (EISMX) | B | Distribution | K | T | Redeemed (part) | 08/10/17 | J | B | |
| 31. -- Nuveen Preferred Securities (NPSRX) | B | Dividend | K | T | | | | | |
| 32. -- Oppenheimer Developing Markets FD CL Y (ODVYX) | A | Dividend | K | T | | | | | |
| 33. -- Oppenheimer Rising Dividends (OYRDX) (Y) | | | | | | | | | |
| 34. -- Scout Mid Cap Fund CL Retail (UMBMX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,000 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ridgway, Michael E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Putnam Equity Spectrum Fund CL Y (PYSYX) | | | K | T | | | | | |
| 36. -- Goldman Sachs Strategic Income Fund CL I (GSZIX) (Y) | | | | | | | | | |
| 37. -- Cohen & Steers Real Estate Securities FDI (CSDIX) | A | Dividend | K | T | | | | | |
| 38. -- Goldman Sachs Rising (GSRLX) | A | Dividend | J | T | | | | | |
| 39. -- Invesco European Small (ESMYX) | A | Dividend | J | T | | | | | |
| 40. -- SPDR US Financial Sector ETF (XLF) | A | Dividend | K | T | | | | | |
| 41. -- Sector SPDR Industrial (XLI) | A | Dividend | K | T | | | | | |
| 42. -- Materials Select Sector SPDR Fund (XLB) | A | Dividend | K | T | | | | | |
| 43. -- Select Sector SPDR TR (XLK) | A | Dividend | K | T | | | | | |
| 44. -- Sector SPDR Energy (XLE) (X) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 45. Brokerage # 3 (ROTH IRA) (Merrill Lynch) (H) | | | | | | | | | |
| 46. -- FIA Card Services NA, RASP (Bank of America) | A | Interest | J | T | | | | | |
| 47. -- Putnam FD for Growth & Income FD CL Y (PGIYX) | A | Dividend | | | Merged (with line 48) | 05/16/17 | J | A | |
| 48. -- Putnam Equity Income Y (PEIYX) (X) | A | Dividend | J | T | Sold (part) | 08/24/17 | J | B | |
| 49. -- Putnam Multi Cap. Growth Fund CL Y (PNOYX) | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 50. --Delaware Value Fund INSTL CL (DDVIX) | A | Dividend | J | T | | | | | |
| 51. -- Oppenheimer Developimg Markets FD CL Y (ODVYX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ridgway, Michael E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Carillon Scout Mid Cap Fund CL Retail (UMBMX) | A | Dividend | J | T | | | | | |
| 53. -- Neuberger Berman Emerg Markets Equity Fund Inst (NEMIX) (X) | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 54. -- T Rowe Price QM US Small Cap Growth Equity FD (PRDSX) (X) | | | J | T | Buy | 08/25/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ridgway, Michael E. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Lines 5 & 6: these assets are part of the Northwestern IRA, but each asset individually did not reach the reporting threshold in 2016.

Part VII. Lines 10, 22, 27, 28, 33, 34, & 36: these assets were all sold in 2016.

Part VII. Lines 23 & 24 merged in 2017; the merged fund is now listed as "PPSIX."

Part VII. LInes 25 & 26 merged in 2017; the merged fund is now listed as "PGDIX."

Part VII Lines 47 & 48 were merged in 2017; the merged fund is now listed as "PEIYX."

Part VII. Lines 44, 53, & 54 are all assets that were first acquired in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael E. Ridgway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544